■ In the Matter of PAUL A. EPPOLITO, Respondent, v LISA M. JOBSON, Appellant. [710 NYS2d 264] —Order unanimously affirmed without costs for reasons stated at Jefferson County Family Court, Hunt, J. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Custody.) Present—Pigott, Jr., P. J., Green, Kehoe and Lawton, JJ.